IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIM LIECH, <br><br> Petitioner, <br><br> vs. <br><br> SCOTT FRAKES, <br><br> Respondent. | 8:20CV356 <br><br> **ORDER** |

    IT IS ORDERED that Petitioner's Objection (Filing 11) is denied without prejudice.

    Dated this 14th day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge