IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIM LIECH,<br><br>  Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>  Respondent. | 8:20CV356<br><br>**ORDER** |

Petitioner has filed an interlocutory appeal (Filing 14).

IT IS ORDERED that to the degree a certificate of appealability and authorization to proceed in forma pauperis is required, both are denied because the interlocutory appeal is frivolous.

Dated this 21st day of October, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge