IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIM LIECH,<br><br>                Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>                Respondent. | **8:20CV356**<br><br>**ORDER** |

    IT IS ORDERED that Respondent shall file a response to Petitioner's Motion Requesting Additional Documents (Filing 25) on or before November 16, 2020.

    Dated this 4th day of November, 2020.

                                                          BY THE COURT:

                                                          *Richard G. Kopf*

                                                          Richard G. Kopf<br>                                                          Senior United States District Judge