IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIM LIECH,

Petitioner,

vs.

SCOTT FRAKES,

Respondent.

**8:20CV356**

**ORDER**

IT IS ORDERED that Petitioner's Reply to Respondent's Response to Petitioner's Additional Document Request (Filing 32) and Petitioner's Motion for Stay and Abeyance (Filing 33) are denied, and Petitioner's Motion Amending or Withdrawing Stay and Abeyance (Filing 34) is granted.

Dated this 24th day of November, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge