IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIM LIECH, | |
| Petitioner, | 8:20CV356 |
| vs. | |
| SCOTT FRAKES, | ORDER |
| Respondent. | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis. (Filing 44.) Petitioner filed a Notice of Appeal (filing 43) on January 4, 2021. Petitioner appeals from the court's Memorandum and Order and Judgment dated December 21, 2020. (Filings 41 & 42.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filing 44) is granted.

Dated this 5th day of January, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge